IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHENIKA BRINSON, | § § | |
| *Plaintiff,* | § § § | SA-22-CV-00038-XR |
| vs. | § § § | |
| PARK ON BANDERA APARTMENTS, THE LAW OFFICE OF DAVID E. DILLEY, PLLC, | § § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court in the above-styled cause of action is Plaintiffs' Application for Permission to File Electronically [#9], which was referred to the undersigned for disposition on February 15, 2022. Plaintiff asks the Court to grant her permission to participate in e-filing in this case. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiffs' Application for Permission to File Electronically [#9] is **GRANTED**.

Plaintiffs are directed to contact the Office of the District Clerk to obtain the e-filing and e-noticing registration form and to submit the fully completed form to the Clerk. Under standard procedures, the registration form will be processed by the Clerk, who has the responsibility of verifying, approving, and effectuating e-filing and e-noticing of court documents.

**IT IS SO ORDERED**.

SIGNED this 18th day of February, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE